IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUL 2 4 2007
CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CASE NUMBER 07-M-6062 -CJP
)
BRIAN M. GREEN, )
)
Defendant. )

## CRIMINAL COMPLAINT

I, Tyrone K. Forte, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about July 22, 2007, in St. Clair County, within the Southern District of Illinois,

**BRIAN MICHAEL GREEN,**

defendant herein, did travel in interstate commerce from the State of Missouri into the Southern District of Illinois for the purpose of engaging in illicit sexual conduct with a minor child under the age of 18, in violation of Title 18, United States Code, Section 2423(b).

19. I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts set forth in Attachment A, to remain under seal pursuant to 18 U.S.C. § 3509(d), pertaining to child victims' rights.

FURTHER AFFIANT SAYETH NAUGHT.

TYRONE K. FORTE
Special Agent
Federal Bureau of Investigation

State of Illinois    )
                     )   SS.
County of St. Clair  )

Sworn to before me and subscribed in my presence on the 24th day of July, 2007, at East St. Louis, Illinois.

CLIFFORD J. PROUD
United States Magistrate Judge

RANDY G. MASSEY
United States Attorney

JAMES E. CROWE, III
Assistant United States Attorney