# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES IN THE CASE OF: ☒ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

U.S. vs. Green

FOR: JUL 24 2007

AT: CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS OFFICE

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Brian Green
HOME ADDRESS: 1910 Jeffery Martin, O'Fallon MO

- ☒ Defendant—Adult
- 2 ☐ Defendant—Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 07-M-6062
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor
Travel

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Swight City P.D. (May Be Terminated) / J.C. Penny
IF YES, how much do you earn per month? $2,000.00
IF NO, give month and year of last employment. How much did you earn per month $___

If married is your Spouse employed? ☒ Yes ☐ No - Part time
IF YES, how much does your Spouse earn per month $300
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $___
SOURCES: ___

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE: $1,000 / 10,000 / 3000-4000
DESCRIPTION: Truck / Mobile Home But Still Owe $19,000 / 99 Pontiac - Owe $7,500

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
Wife - Stacey 35
Daughter - Brittany 16

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Mobile Home + Personal Loan $1200 | $19,000 | $400.00 |
| Lot Rent | $ | $325.00 |
| Car Payments | $ | $300.00 |
| Electric, Water, Sewer, Trash | $ | $400.00 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Brian Green
(DATE): 7/24/07

FPI-MAR—3-21-77-50M-7262

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH