IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER 07-M- 6062 -CJP |
| | ) | |
| BRIAN M. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

## WARRANT FOR ARREST

TO:   The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRIAN M. GREEN** and bring him or her forthwith to the nearest Magistrate Judge to answer a complaint charging him with:

**TRAVELING IN INTERSTATE COMMERCE FOR THE PURPOSE OF ENGAGING IN AN ILLICIT SEXUAL ACT**

in violation of Title 18, United States Code, Sections 2423(b).

CLIFFORD J. PROUD                                                           UNITED STATES MAGISTRATE JUDGE

_____                        24 July 2007
Signature of Issuing Officer                                            Date, East St. Louis, IL


_____
(By) Deputy Clerk


Bail fixed at $_____      by      _____
                                                                            CLIFFORD J. PROUD

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |
| |

Date Received: _____  Date of Arrest: _____

_____

Name and Title of Arresting Officer   Signature of Arresting Officer

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

Defendant's Name:  BRIAN MICHAEL GREEN

Alias:

Last Known Residence:  1910 Jeffrey Martin Drive
O'Fallon, Missouri  63366

Last Known Employment:  Wright City Missouri Police Department

Place of Birth:

Date of Birth:  5/9/1973

Social Security Number:  ■■■■■■■

Height:                          Weight:

Sex:   Male                  Race:   White

Hair:                            Eyes:

Scars, Tattoos, Other Distinguishing Marks:

FBI Number:

Complete Description of Auto:

Investigative Agency and Address:   Special Agent Tyrone K. Forte
                                    Federal Bureau of Investigation
                                    6701 North Illinois
                                    Fairview Heights, IL  62208
                                    (618) 394-5629