# United States District Court
## Southern District of Illinois

UNITED STATES OF AMERICA
V.
Brian Michael Green
1910 Jeffery Martin Dr.
O'Fallon, MO 63366

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER:  07-30116-GPM

(Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: U.S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, Illinois | Room: 308, courtroom # 5<br>Date: 9/11/07<br>Time: 1:00 P.M. |

Before: **MAGISTRATE JUDGE - Donald G. Wilkerson**

to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging you with a violation of Title __18__ United States Code, § ____2423(b)____

Brief description of offense: **travel in interstate commerce to have sex with a minor**

---
**DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE
650 MISSOURI AVENUE, EAST ST. LOUIS, IL
TWO HOURS PRIOR TO COURT APPEARANCE**

---

*[Signature]* Deputy Clerk
Signature of Issuing Officer

August 23, 2007
Date

Norbert G. Jaworski, Clerk
Name and Title of Issuing Officer

DATE SERVED: _____

# RETURN OF SERVICE

Service was made by me on: [1]          Date:

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

_____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

_____

☐   Return unexecuted: _____

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    _____      _____
                        Date                            Name of United States Marshal

                                                                      _____
                                                                   (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure