## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 07-30116 GPM |
| | ) | |
| BRIAN MICHAEL GREEN, | ) | Title 18, United States Code, |
| | ) | Sections 2422(b) and 2423(b). |
| Defendant. | ) | |

### SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

INTRODUCTION

At all times material to Counts 1-15 of this indictment:

1. Defendant BRIAN MICHAEL GREEN resided in O'Fallon, Missouri, was an adult, born on May 9, 1973, and was over the age of 17.

2. The minor, referred to herein as "minor child," resided in O'Fallon, Illinois, was born on July 19, 1992, and was under the age of 16.

3. As used herein, "Aggravated Criminal Sexual Abuse" in violation of Illinois law, that is, 720 ILCS 5/12-16 (d), is defined as an act of sexual penetration or " sexual conduct" with a person who was at least 13 years of age but under 17 years of age and the accused was at least five years older than the victim.

As used herein, the term 'sexual conduct' means any intentional or knowing touching or fondling by the victim or the accused, either directly or through the clothing, of the sex organ, anus or breast of the victim or the sex organ or anus of the accused, or any transfer or transmission of semen by the accused upon any part of the clothed or unclothed body of the victim, for the purpose of sexual gratification or arousal of the victim or the accused.

Each of the foregoing paragraphs are incorporated into Counts 1 through 15.

## COUNT 1
### Persuade, Induce and Entice a Minor to Engage in Sexual Activity
### for which the Defendant Could be Charged with a Criminal Offense.

On or about July 15, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

## BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 14 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

Brian: ok im baxck

Brian: back

Minor Child: ok that was fast

Brian: wasnt there

Minor Child: oh

Minor Child: ok

Brian: ok where were we,...so if i came out there tonight woudl you want to,...

Brian: or woudl you say no..

Minor Child: if i didnt want to i would sa no

Minor Child: say*  Brian: ok then if I came out there tonight do you want to

Minor Child: yeah tonight probably

Brian: why

2

Brian: why tonight and not say next friday

Minor Child: depends on mood.. i dont know where my mood will be next friday

Brian: so your mood tonight is wanting to have sex,...

Minor Child: i could yes..

Brian: anybody could have sex but do you WANT to have sex...

Minor Child: if i want to i will without hesitiaion

Brian: i mean tonight silly,...do you want to tonight

Brian: yes or no...

Minor Child: yes

Brian: with me?

Brian: yes or no

Minor Child: ummm yes

Brian: saying with those faces....

Brian: specially the first one....

Minor Child: embarassed

Brian: why embarassed....

Minor Child: i dont kow

Brian: yes you do just tell me

Minor Child: i dont think i shoud want to

Brian: what makes you say that...

Minor Child: i dont know... i just feel weird.. even though i want to.. am i  wrong in it?

Brian: no...

Brian: and see i made you feel weird

Minor Child: no you didn't brian

Minor Child: you feel weird.. i know you do

Brian: only because of the fact that i dont want to hurt you...

Minor Child: yo're not going to hurt me, you'll know if you do.. trust me

Brian: thats what im scared of,...

Brian: i can talk about anything,... with out a care but talking to you about  things that I may do that will hurt you is a very touchy subject...

Minor Child: you're not going to hurt me brian! I promise!!!

3

Brian: ok i come out there tonight,... and take your cloths off and we have sex,...and things your telling me that you would be ok with that and everything woudl stay the same as it is now between us....

Minor Child: yes

Brian: even if I have you pull my penis out and play with it and stuff and then fuck you...doggy style and stuff

Minor Child: yes as long as its what i wanted

Brian: and is it

Minor Child: yeah... i mean maybe not exactly the way you describe it... but nothing would change if we had sex

Brian: ok,...what would be the way you wanted it,...

Brian: is we did..

Minor Child: idk

Brian: and dont say i dont know,....

Brian: you tell me

Brian: talk about anything remember

Brian: ??

Minor Child: i know..

Minor Child: but i really dont know.. just watever happens..

Brian: so like you would take my penis and play with it and let me play with your body too...

Minor Child: yeah

Brian: tonight??

Minor Child: yeah

Brian: and i could fuck you as long as I wanted tonight....and you wanted,...?? tonight..?

Minor Child: yeah

Brian: so I could call you right now on the phone and ask you this and you woudl say the same thing,...

Minor Child: i dont like talking about things like that over the phone..

Brian: i know,...

Brian: i wouldnt do that to you...

Brian: would you wear those see through thongs...lol

Minor Child: haha maybe llol

Brian: would you wear nothing underneath

Brian: would you let me cum on your breasts,...lol,..

Minor Child: maybe... better than getting me pregnant

Brian: lol,..would you let me cum on your butt after doggy

Minor Child: lol maybe

Brian: lol,...

Brian: i love you chicky

Minor Child: love you too

Brian: so what are you doing tonight

Minor Child: sitting at home

Brian: im sorry,...want me to coem out

Minor Child: sure..c ome meet jodie haha

Brian: what about after meeting jodie

Minor Child: iono

Brian: lol,...

Brian: how is she doing anyway,...

Minor Child: idk.. havent seen her in a while.. haven't talked to her in like  a week

Brian: wow,...

Brian: poor thing..

Minor Child: im dying over here! walkers ben busy too

Brian: sorry,...

Minor  Child:  its  ok..

Brian:

Minor Child,....

Minor Child: huh

Brian: what can I say,....

Minor Child: what?

Brian: you are cool,... ;

all in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Persuade, Induce and Entice a Minor to Engage in Sexual Activity
### for which the Defendant Could be Charged with a Criminal Offense.

On or about July 15, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

### BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 14 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

> Brian: you know that i love you and WILL never ask you to have sex,... only because, even if i want to, I dont want to disrespect you... and want you to be able to look at me... and know I got your back,..
>
> Brian: unless you want me to ask you to have sex....
>
> Minor Child: I will alwasy be able to look at you and know that...
>
> Minor Child: and it wouldnt bother me if we did
>
> Brian: you know that I wll always try and help you until I think you can do it on your own right??
>
> Brian: and do you want me to ask you??
>
> Minor Child: i know.. and.. it doesnt matter to me.. i todl you
>
> Minor Child: thats not up to me if you ask me
>
> Brian: what abotu you asking me??
>
> Minor Child: It would probably make you uncomfortable so iw ouldnt do it
>
> Brian: if it didnt
>
> Minor Child: i might..idk

Brian: what if I told you that it wouldnt make me feel uncomfortible, like putting everything aside...

Brian: would you

Minor Child: then i might

Minor Child: why you get quiet?

Brian: cause

Minor Child: why?

Brian: i was hoping you

Brian: understand that It would kill me to hurt you,...

Minor Child: Brian, i understand. But understand me. you're NOT going to hurt me.

Brian: i hope i never do,... I will tell you this much,..I am very proud of you...

Brian: just for being you and being able to open up and talk to me about anything....

Minor Child: Thanks.

Brian: so tell me,...honestly yes or no...do you think i will come out there and try to have sex with you,..

Minor Child: No.

Brian: and you can tell me the truth

Minor Child: I dont really know brian

Minor Child: i dont think you would unless i wanted to.. even then i doubt it.

Brian: well your half right,...

Brian: I wouldnt unless you wanted to....

Minor Child: ok.

Brian: and even then you would have to let me know cause, i could never make a move on you unless I knew it was wanted...lol

Minor Child: lol

Minor Child: I can't imagine you ever being comfortable enough to do soemthing like that with me

Brian: i think I could be...

Brian: but i guess we will never know cause I will never try unless you ask and I know you will never ask...lol.. so

Minor Child: lol silly..

Minor Child: I sitll want you to come though

Brian: come or cum...

Brian: lol...

Minor Child: whichever.. lol. jk.. come

Brian: ok, i will let me see what my scheduel is liek next week...

Minor Child: alrighty

Brian: then i will come out and cum...

Minor Child: lol

Brian: so where does this leave us,... i wont unless you ask, and you will never ask,... so if I smack your ass flirtly where does that leave us,... just so I know how to act around you

Minor Child: lol i dont really know

Brian: well think about it and let me know...
Minor Child: i wont get freaked out by anything you do..

Minor Child: bt be prepared you'r getting a big ass hug and *if permitted* a kiss when is ee you cause i miss you!

Brian: thatwould be ok, with me... just depends on thekinda kisss...

Brian: lol,..

Minor Child: lol just a kiss silly

Brian: even if, i pull your shirt up and kiss your twins...

Brian: lol,..

Minor Child: lol i cant see you doing that

Brian: i know your laughing

Brian: oh you cant can you

Minor Child: smiling lol

Minor Child: nope

Brian: what if I were to tell you that when you came out to spend the weekend that when you put your head on my lap I kinda got hard...

Brian: lol,...

Minor Child: id say nothing lol

Brian: you didnt notice...

Minor Child: no.. you talking about new years eve?

Brian: yes,...

Minor Child: i was on a pillow.. or is that why you put the pillow there? lol

Brian: yes...

Minor Child: oh no i didnt notice

Brian: good,...

Minor Child: haha

Brian: so like I said you think about where this puts us and let me know what you want me to do,,...

Brian: forget about what we talked about or proceed further ....

Brian: etiher way I will always be here to talk to you and get you though life...

Minor Child: i'd be comfortable probably doing more but that's left up to you...

Brian: no its left up to you,... because i want you to want to not because you feel like you have too...lol,...so its up to you

Minor Child: lool i just told you

Brian: remember if I come out there your shirts getting lifted,...lol,..

Minor Child: haha

Brian: ok, what does that mean though

Brian: please explain...brb have a call

Minor Child: id be comfortable with whatever happened..

Minor Child: alright

Brian: so if you wanted to you would tell me while i was out there....think about that and tell me when I get back...

Minor Child: ok ;

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 3

**Persuade, Induce and Entice a Minor to Engage in Sexual Activity
for which the Defendant Could be Charged with a Criminal Offense.**

On or about July 15, 2007, in St. Clair County, Illinois, located within the Southern District

of Illinois, and in the Eastern District of Missouri, the defendant,

**BRIAN MICHAEL GREEN,**

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 14 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

Brian: im back,...

Minor Child: im gettting ready to leave.. i gotta sign on on my phone

Brian: where you goin

Minor Child: not now though.. grants farm

Brian: so you will be over in st. louis

Brian: and did you think about my question..

Minor Child: yes.. i would do more

Brian: you would do more??

Minor Child: im confused.. what was questiona gain haa

Brian: what would you do more?/

Brian: I asked you if I was to come out there you would tell me while I was out there if you wanted to have sex

Brian: lol, silly pecker

Minor Child: oh.. yeah.. i might not.. im shy you know that

Brian: i know,..so what would you do more of??

Brian: then how would I know if you wanted to or not...

Minor Child: idk what i was thinking.. youll know believe me haha

Brian: how,... ;

all in violation of Title 18, United States Code, Section 2422(b)

**COUNT 4**
**Persuade, Induce and Entice a Minor to Engage in Sexual Activity**
**for which the Defendant Could be Charged with a Criminal Offense**.

On or about July 16, 2007, in St. Clair County, Illinois, located within the Southern District of

Illinois, and in the Eastern District of Missouri, the defendant,

**BRIAN MICHAEL GREEN,**

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet,

knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor

child, then 14 years of age, to engage in sexual activity for which the defendant could be charged

with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720

ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said

sexual activity for which the defendant could be charged with the above-described Illinois criminal

offense being an internet conversation between the defendant and the minor child, a portion of which

is excerpted below:

> Brian M. Green: ok, well just on the out chance that it is dark by the time I get there,..find a spot that you would like to go to...and let me know if there is any thing you wants to do, hehehe ;) ,..just remember I most likely wont have a lot of money,...

> Minor Child: lol like you'd do anything sexual with me..but umm...I dont care if you dont have any money...only other thing i can really think of is go drive around but that uses gas...well hummm..city park will work?

> Brian M. Green: we talked about that first part,...so there,...and i told you would have to to if you wanted that,..lol,...so anyway,...if you wanted to that would be up to you,..so let me know what you want to do,,,i will have enough money if you wanted go actually do somthing..or park in a park,...;)

> Minor Child: it doesn't matter. just being with you is fine. if something happens something happens. If you thing of something you wanna do let me know. btw did i look like i lost weight?

Brian M. Green: less you do,..you looked good,...and if somthing were to happen you will have to tell me thats what you wanted to do,..i explained that to you,..and like i said seeing how you will never ask me..or tell me thats what you wanted to do,..........Â

its doesnt matter to me, ... I will do anything you want to do, ... so there, bubbles, ... if you wanted to go get some food or somthing too thats cool, ..

Minor Child: i just don't think you would be comfortable doing anything. but we could get denny's doubt much else wil be open on a sunday. stacy [DEFENDANT'S WIFE] won't care you're coming?

Brian M. Green: nope i will just tell her im going to go see a friend,...lol,... and if you wanted to i would i guess, but i would have to knwo that you wanted to and that you would be ok with it and all that stuff,... but either way denny's is good eats i guess..lol,...oh by the way hows your mommy leah,...still M.I.A. in kentucky,..lol,..

Minor Child: i don't care. i'd be ok with whatever happens. Denny's is where our cops go lol;

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 5

### Persuade, Induce and Entice a Minor to Engage in Sexual Activity for which the Defendant Could be Charged with a Criminal Offense.

On or about July 16, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

### BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 14 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720

ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said

sexual activity for which the defendant could be charged with the above-described Illinois criminal

offense being an internet conversation between the defendant and the minor child, a portion of which

is excerpted below:

> Brian M. Green: ok, question,....and be honest,...(yes or no)...do you want to have sex,?Â if yes, ones the number one reason why and you can tell me remember we can share anything with each other. If the answer is no, then whats the number one reason why not to?...and i would like you to tell me your thoughts about it cause I want to know what your thinking and how you or what you think of me...

> Minor Child: i love you. and am attracted to you more than i realized.

> Brian M. Green: aww,... i love you too,..but you didnt answer my question, silly bubbles...

> Minor Child: i don't know how to answer the question

> Brian M. Green: well you dont have to answer it right away you can think about it.. Im not pushing you to do or say anything so,...take your time...lol,,....

> Minor Child: can you answer it?

> Brian M. Green: well, i guess the answer would be yes,.. mostly because i care about you and find you attractive too, but part of me says no because of the age diffrence,...that and i dont want to loose your trust,..what do you think about it?

> Minor Child: i agree with that. i was wondering about the age difference. but i will always love and trust you brian

> Brian M. Green: well what do you think,... talk to me??..would that keep you from doing anything,..or would that factor into anything if you wanted to..

> Minor Child: it wouldn't bother me the age wouldn't.

> Brian M. Green: explain to me why it wouldnt??..do you feel that if we did I would be betraying a trust factor with you,..

Minor Child: no

Brian M. Green: then can you explain to me why it wouldnt?? the only reason i ask is because i want you to beable to trust me and I want you to know that you can be safe with me.

Minor Child: Brian i trust you believe me. and i know i can otherwise i wouldn't do anything with you

Brian M. Green: I know you do, i just dont want to betray that trust in anyway,...so let me ask you this if we were to do anything,.. do see that changing anything between us, cause i don't but what do you think??

Minor Child: i don't think it will;

all in violation of Title 18, United States Code, Section 2422(b).

## COUNT 6

**Persuade, Induce and Entice a Minor to Engage in Sexual Activity for which the Defendant Could be Charged with a Criminal Offense.**

On or about July 16, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

**BRIAN MICHAEL GREEN,**

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 14 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal

offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

> Brian M. Green: have you ever thought about doing somthing like that with me before,..i cant remember if you told me or not,..??
>
> Minor Child: i have
>
> Brian M. Green: really,..?/..how long ago,?? and what kinda thing did we do??
>
> Minor Child: sex. been a while. just ignored it
>
> Brian M. Green: oh,... so what are you ladies doing tonight...hehehehehe? so if i come out there you will tell me if you want to or not,,and where you want us to be,...? i mean cause i will do what ever you need or want me to do for you,...weather that means spritaully sexually, or emotionally,..ya know bubbles??
>
> Minor Child: i know.  but you shouldn't do it unless you want to
>
> Brian M. Green: where did you go again??
>
> Minor Child: here
>
> Brian M. Green: ok, i guess we are done talking about that subject then,..lol,...so what are you girls doing anyway...?
>
> Minor Child: do you want to? I want you to not just for me
>
> Brian M. Green: I already told you yes,...although i would have to know that you wanted to and it was ok type stuff,..ya know,...bu tif you feel it is crossing a boundry of where you need me to be, then I can be ok with not doing it as well,...i guess what im saying is I dont want to loose what we have now and how you can trust and feel safe, ya know... but what about you,..tell me honestly,... yes or no...
>
> Minor Child: i'm willing to do whatever with you
>
> Brian M. Green: i know you are but is it want you WANT??or do you WANT me to stay the way i am now and things..

Minor Child: it's want i want

Brian M. Green: really or are you just telling me what you think i want to hear... be honest with me...

Minor Child: seriously it is

Brian M. Green: then i would be ok with it,...however i want you to know at anytime if you think that it may change things between us that i will not doit...ok??

Minor Child: ok, no babies lol

Brian M. Green: got ya...lol,... so what are you girls doing over there,,,anything;

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 7

### Persuade, Induce and Entice a Minor to Engage in Sexual Activity
### for which the Defendant Could be Charged with a Criminal Offense

On or about July 20, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

### BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 15 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal

offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

> Brian M. Green: Hugs,...so then tell me what do you want us to do Sunday,....flat out tell me...because i respect you, trust you, and care for you, and I want to know what we are doing where how and stuff, so i know hat we are doing...so I dont have to get out there and sit around and wait to think of somthing....its your night so plan it girl
>
> Minor Child: i told you. we can go eat then go to the park or something. would you still be comfortable if anything happened
>
> Brian M. Green: yes i would... but would you,....
>
> Minor Child: yes i would
>
> Brian M. Green: which do you want to do first,..? park or eat??...
>
> Minor Child: park so it's not too late
>
> Brian M. Green: so what so you want to do first then??
>
> Minor Child: wat you mean what do i want to do first?
>
> Brian M. Green: go to the park or go eat...??
>
> Minor Child: park first
>
> Brian M. Green: ok,....so what do you want to do at the park,...is there anything to do??
>
> Minor Child: walk around. sit and talk. go by the lake. sex lol i don't know
>
> Brian M. Green: there is a lake there...is it a big lake??..where would we have sex at in the park silly,...
>
> Minor Child: lol you were the one whose if it happens it shouldn.matter where lol. the lake is pretty big
>
> Brian M. Green: and you really want to have sex with me???yes or no...
>
> Minor Child: yes if it happens. and you were the one who said it shouldn't matter where it happens lol. the lake is good sized
>
> Brian M. Green: like miles big or just pond big...i dont want to be out in public fucking your ass and sombody walk up and start talking to us..lol,....gosh...
>
> Minor Child: just a small lake not too big. we could always go somewhere elselol
>
> Brian M. Green: like where
>
> Minor Child: or wait till its dark then go back and we can see any lights coming and things like that

Brian M. Green: ok

Minor Child: lol up to you if you want to

Brian M. Green: even if we see lights coming if they see my truck parked there wouldnt they come lookin for us...bubbles

Minor Child: nope. they don't and you can see cars coming from a long way

Brian M. Green: BUT WOULDN'T THEY CHECK ON MY TRUCK AND STUFF

Minor Child: yeah just run the plates but we can go somewhere else

Brian M. Green: WHERES MY PICTURE?????

Minor Child: you'll see sunday

Brian M. Green: so if the park is a no go,, then what else do you what to do or go besides eating..??

Minor Child: movie? hell i don't know.

Brian M. Green: well figure it out bubbles,...i needs to knwo the plan man

Minor Child: well.there is a place by the pd that no one goes. i don't know. there's lots of places if we want to do something.

Brian M. Green: pick one and tell me, damit!!,...lol,....

Minor Child: i'm fine in the truck lol

Brian M. Green: question,...are you loud during sex,..???..lol,..had to ask sorry

Minor Child: lol no. are you? lol j/k

Brian M. Green: no... do you get in to it or just lay there??

Minor Child: lol i'm a rather calm person

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 8

### Persuade, Induce and Entice a Minor to Engage in Sexual Activity for which the Defendant Could be Charged with a Criminal Offense.

On or about July 20, 2007, in St. Clair County, Illinois, located within the Southern District

of Illinois, and in the Eastern District of Missouri, the defendant,

**BRIAN MICHAEL GREEN,**

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 15 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

> Brian M. Green: what somthing got your tougne.. lol,..
>
> Minor Child: no lol something got yours lol j/k
>
> Brian M. Green: i sent you a question but you didnt answer it...
>
> Minor Child: i said i'm usually calm during sex lol
>
> Brian M. Green: I asked you that if you will eat anything then which do you like to eat more,...tacos or hot dogs
>
> Minor Child: lol tacos
>
> Brian M. Green: whos
>
> Minor Child: i don't know lol
>
> Brian M. Green: what about my hot dog...lol,...
>
> Minor Child: lol i haven't seen it lol
>
> Brian M. Green: oh so you have to see it before youll eat it??..lol
>
> Minor Child: if i ate you that could hurt lol
>
> Brian M. Green: well then don't actually eat it then silly,....

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 9
### Persuade, Induce and Entice a Minor to Engage in Sexual Activity for which the Defendant Could be Charged with a Criminal Offense.

On or about July 20, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

**BRIAN MICHAEL GREEN,**

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 15 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

> Brian M. Green: i know one thing,.. if somthing happens Sunday you will have to touch and play with,,,,it
>
> Minor Child: lol i knew that
>
> Brian M. Green: is that ok with you...
>
> Minor Child: yeah i always get nervous but it'll be fine
>
> Brian M. Green: i know,, buts it is just me..lol,....
>
> Minor Child: lol well what you want me to do
>
> Brian M. Green: what ever your comfortible doing...
>
> Minor Child: well you tell me what you like and i might do it if i'm comfortable
>
> Brian M. Green: answer my question,...have you ever jacked a guy off,...

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 10
### Persuade, Induce and Entice a Minor to Engage in Sexual Activity for which the Defendant Could be Charged with a Criminal Offense.

On or about July 20, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

# BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 15 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

Brian M. Green: so honestly the age thing dosent bother you,...cause i feel as if im forcing this on you ya know??

Minor Child: you're not forcing it. i'm fine with our relationship going this way

Brian M. Green: even though i'm married and stuff

Minor Child: that ones up to you. i wasn't going to bring it up

Brian M. Green: well seeing how I did what do you think... tell me i want to know...

Minor Child: I don't know, that one lies in your hands if you want to do stuff with me still, if not i understand.. Its not like i'm going to tell anyone

Brian M. Green: does it bother you....

Minor Child: It does a little bit yes, doesn't it bother you??

Brian M. Green: I mean it bothers me a little too but I want to knwo what you think of it, cause if it bothers you then we wont do anything then...
Minor Child: i'll still do it. just don't want you to have regrets

Brian M. Green: I would not reget...but if it bothers you then we wont do anything... I dont want you regretting anything either and if it bothers you then I know deep down you will regret it...

Minor Child: it won't affect me. i just want to know, am i worth that to you?

Brian M. Green: you are worth that and more to me

Minor Child: ok

Brian M. Green: besides,... [Minor Child's Name], i care about your well being and happyness, you deserve to be happy,... i just want you regretting anything in life... and I

think if it bothers you even a little thenwe shouldnt o anything cause I KNOW you will regret it at some point....

Minor Child: only way i'll ever regret it is if you have regrets

Brian M. Green: i understand,...but it does bother you though does it not??

Minor Child: not to the degree where i would regret it. if you're ok. i'm ok

Brian M. Green: I mean how many times have I sat here and talked to you about all things under the sun??.. I wouldnt have done that if i didnt care....

Minor Child: i know

Brian M. Green: and I will tell you when i couldnt get in touch with you when you went to the hospital I was really worried somthing happened to you....i couldnt eat or sleep

Minor Child: that's why i made sure Jodie was going to call you. or someone because i knew you'd be worried.

Brian M. Green: you know how devistated i would be if somthing happened to you???...

Minor Child: i know. but i don't think i know the degree

Brian M. Green: I would be utterly devistated,....

Minor Child: i know. it's a good thing i told Jodie to tell you then i guess

Brian M. Green: yes thank you, so anyway,....have you ever nicked yourself shaving down there,..lol,...OUCH...

Minor Child: lol no but got razor burn which is worse lol. ended up with it now LOL

Brian M. Green: hahahahahahaha;

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 11

### Persuade, Induce and Entice a Minor to Engage in Sexual Activity
### for which the Defendant Could be Charged with a Criminal Offense.

On or about July 20, 2007, in St. Clair County, Illinois, located within the Southern District

of Illinois, and in the Eastern District of Missouri, the defendant,

### BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet,

knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor

child, then 15 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

> Brian M. Green: so, Sunday,....you going to flash me,....at all,...
>
> Minor Child: lol idk. i'll show you my thong lol
>
> Brian M. Green: lol,...thanks,..lol,....so how would we do it in the truck im kinda tall you know??
>
> Minor Child: i know lol i though about that too lol.
>
> Brian M. Green: Well figure it out.....and let me...
>
> Minor Child: lol you know that truck better than i do lol. try the bed of it lol j/kj/k
>
> Brian M. Green: its and old truck and the bed is kinda dusty...and old...I could just bend you over the tailgate....LOL,..
>
> Minor Child: lol silly ass. you're not helping to think of anything lol
>
> Brian M Green: what I thought the tailgate was a good idea..lol,..i mean, I wouldnt in the bed of the truck too dusty and old,...I have a bench seat in the truck but i am rather tall,...
>
> Minor Child: lol i know silly;

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 12
### Persuade, Induce and Entice a Minor to Engage in Sexual Activity for which the Defendant Could be Charged with a Criminal Offense.

On or about July 20, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

### BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor

child, then 15 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

> Brian M. Green: what would you say to me if i put myself between you breasts...lol,...
>
> Minor Child: i say good luck cause there's not much there
>
> Brian M. Green: lol,..come on now...so tell me there has to be somthing you want to try or do?? there has to be so just tell me.......
>
> Minor Child: lol i told you i'm rather plain lol. btw i'd rather face you than be facing away from you
>
> Brian M. Green: Ok, well think about it... and let me know of there is anything,..and we have time im sure we can do things more then once..unless your too bothered by it,....
>
> Brian M. Green: you know, even after talking about this you know that once i get out there,,, we both will be to scared to do anything...lol,...
>
> Minor Child: I was kinda thinking that haha
>
> Brian M. Green: lol,...i would go to touch you and you would freak out..lol,....
>
> Brian M. Green: What is the best sexual experience you have had??
>
> Minor Child: none yet were really that great. what about you
>
> Brian M. Green: it was with this girl I new when I was about fifteen,...we were sooo into each other,... it made it for an intense time
>
> Minor Child: lol like what
>
> Brian M. Green: i guess cause it was the thing of just being able to be ourselves and connect.... I meanshe did what she wanted and i did what i wanted.. And it just made for a perfect thing
>
> Minor Child: i see. i'm probably a hell of a lot more concious about myself than her
>
> Brian M. Green: not liek that we trusted each other with our selves, i mean she was comfortable with her body and was ok with me touching and fealing her and stuff like that. I think that is cool, casur you can just let go and injoy..ya know...;

all in violation of Title 18, United States Code, Section 2422(b).

## COUNT 13
### Persuade, Induce and Entice a Minor to Engage in Sexual Activity
### for which the Defendant Could be Charged with a Criminal Offense.

On or about July 20, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

### BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor child, then 15 years of age, to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720 ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said sexual activity for which the defendant could be charged with the above-described Illinois criminal offense being an internet conversation between the defendant and the minor child, a portion of which is excerpted below:

> Brian M. Green: so tell me about some of the thoughts you have had about me??
>
> Minor Child: nothing special really. just sex
>
> Brian M. Green: like what cause there is sooomany things that can be done during sex,....tell me one of the thoughts
>
> Minor Child:  I don't know. just me on you. i woke up fast
>
> Brian M. Green: why did you wak up fast,.. Did the though disturbe you??
>
> Minor Child: i was shocked.
>
> Brian M. Green: ok time for me to go home chicky, i will get in touch with you tomorrow,....till then i will try to have a nice night like last night, wink wink,...lol,...
>
> Minor Child: lol what. you do last night lol
>
> Brian M. Green: i think you know what i did last night...
>
> Minor Child:   hand good to you again? lol

Brian M. Green:         would say sooo......

Minor Child:    talk to you tommorrow;

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 14
### Persuade, Induce and Entice a Minor to Engage in Sexual Activity
### for which the Defendant Could be Charged with a Criminal Offense.

On or about July 21, 2007, in St. Clair County, Illinois, located within the Southern District

of Illinois, and in the Eastern District of Missouri, the defendant,

### BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet,

knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor

child, then 15 years of age, to engage in sexual activity for which the defendant could be charged

with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720

ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said

sexual activity for which the defendant could be charged with the above-described Illinois criminal

offense being an internet conversation between the defendant and the minor child, a portion of which

is excerpted below:

Minor Child: lol i'm getting ready to get into the shower and see how my hand treats me..
LOL JUST KIDDING ONT HE HAND PART

Brian M. Green: Hahahahahahahaha well if you have to then let go and fel gooooooooood

Minor Child: i'm fine silly i was joking..

Brian M. Green: hey, everybody needs releif ya know...

Minor Child; I know this haa hush!

Brian M. Green: what i was just saying,.... i would help you out if i could..lol,....;))

Minor Child: well you can help me tomorrow lol

Brian M. Green: Oh really,...

Minor Child: if youd like to ;) lol

Brian M. Green: would you liek me too??

Minor Child: yes would you like to? lol

Brian M. Green: hummmmmmmmm

Minor Child: welllllllll lol??

Brian M. Green: hummmmmmmm

Minor Child: lol.... answerrr hhaha

Brian M. Green: hummmmmmmmmm,......pondering,..hummmmmmmm...

Minor Child: lol you know you do :P unless i'm not good enougha hah jk

Brian M. Green: hum.... gooood enough....

Minor Child: silly ass lol

Brian M. Green: question can you bend over grabb your ankles...

Minor Child: oh god no lol...

Brian M. Green: what you cant bend over and touch your toes...

Minor Child: noep lol tight hamstrings

Brian M. Green: well rules that out then..lol,.....hahahahahahahahahahahahaha

Minor Child: wow....kinky/??? lol jk ....

Brian M. Green: what is kinky about that??...its not like ai said for you to tand on your head and let me stna dover you and do it that way,...lol,...gosh

Minor Child: lol I was asking you if you are silly

Brian M. Green: I guess i have to be into it to get a little kinky.. lol;

all in violation of Title 18, United States Code, Section 2422(b).


## COUNT 15
### Persuade, Induce and Entice a Minor to Engage in Sexual Activity for which the Defendant Could be Charged with a Criminal Offense.

On or about July 22, 2007, in St. Clair County, Illinois, located within the Southern District of Illinois, and in the Eastern District of Missouri, the defendant,

### BRIAN MICHAEL GREEN,

then 34 years of age, using a facility and means of interstate commerce, that is, the Internet, knowingly attempted to persuade, induce and entice, a person under eighteen years of age, the minor

child, then 15 years of age, to engage in sexual activity for which the defendant could be charged

with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, that is, 720

ILCS 5/12-16 (d); said attempt to persuade, induce and entice the minor child to engage in said

sexual activity for which the defendant could be charged with the above-described Illinois criminal

offense being an internet conversation between the defendant and the minor child, a portion of which

is excerpted below:

> Brian M. Green: well im leaving at six from the mall, how long of a drive is it from here to there??

> Minor Child: eh an hour or so. ok i got it. i'll double check. i'll be up there

> Brian M. Green: what are you checking or double checking,....and you knwo where we are going so you have to let me where to drive.. lol,...

> Minor Child: i was just trying to figure out when need to leave

> Brian M. Green: so what are yuo going to eat,...lol,..hehehehe,..at the resterant??

> Minor Child: lol whatever i feel like gosh lol j/k

> Brian M. Green: how about a hot dog...lol,..

> Minor Child: lol maybe

> Brian M. Green: maybe???/a maybe??

> Minor Child: lol yes. a maybe

> Brian M. Green: lol,..

> Minor Child: oh hush lol.

> Brian M. Green: so like is petsmart out away from everything,,,how will I see you im sure its a busy parking lot..

> Minor Child: not that end isn't too busy. i'll be out front

> Brian M. Green: what are we doinf first eating??..are you hungry?? or go hang at the park..????or just,... what ever

Minor Child: if u wanna eat first then thats fine i'll eat whenever

Brian M. Green: when or whatever...lol,...

Minor Child: lol silly. i'll just talk to you when you get here;

all in violation of Title 18, United States Code, Section 2422(b).

## INTRODUCTION TO COUNT 16

1. As used in this count "illicit sexual conduct," defined in Title 18, United States Code, Section 2423 (f), means a "sexual act" with a person under 18 years of age that would be in violation of Chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; and a violation of Chapter 109A means, whoever, knowingly engages in a sexual act with another person who - (1) has attained the age of 12 years but has not attained the age of 16 years; and (2) is at least 4 years younger than the person so engaging; or attempts to do so.

2. As used in this count, the term "sexual act," defined in Title 18, United States Code, Section 2246(2), means-

> A. contact between the penis and the vulva or the penis and anus, and for purposes of this subparagraph contact involving the penis occurs upon penetration, however, slight;

> B. contact between the mouth and the penis, the mouth and the vulva, or the mouth and the anus;

> C. the penetration, however slight, of the anal or genital opening of another by hand or finger or by any object, with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person; or

> D. the intentional touching, not through the clothing, of the genitalia of another person who has not attained the age of 16 years with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

3. As used in this count, the term "contact" means the intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh or buttocks of any person with an intent to abuse humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

4. The grand jury incorporates paragraphs 1 and 2 in the Introduction section of this indictment as well as the foregoing three paragraphs into this count:

### COUNT 16

On or about July 22, 2007, the defendant,

**BRIAN MICHAEL GREEN,**

did travel in interstate commerce from the State of Missouri to St. Clair County, Illinois, located in the Southern District of Illinois, for the purpose of engaging in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), that is, a sexual act as defined in Title 18, United States Code, Section 2246(2), with a person who was 15 years of age and is at least 19 years younger than the defendant, all in violation of Title 18, United States Code, Section 2423(b).

**A TRUE BILL**

**FOREPERSON**

**RANDY G. MASSEY**
**United States Attorney**

**MICHAEL C. CARR**
**Assistant United States Attorney**

Recommended Bond: Detention