IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 07-30116-GPM |
| BRIAN MICHAEL GREEN, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF INTENT TO USE EXPERT EVIDENCE RELATING TO MENTAL CONDITION

COMES NOW Defendant, Brian Michael Green, through counsel, Stephen C. Williams, Assistant Federal Public Defender for the Southern District of Illinois, and gives Notice pursuant to Rule 12.2(b) of the Federal Rules of Criminal Procedure that he will offer evidence relating to mental condition as set forth in the report of expert disclosed February 15th, 2008.

Respectfully submitted,

/s/Stephen C. Williams
STEPHEN C. WILLIAMS
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
BRIAN MICHAEL GREEN

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon Mike Carr, Assistant United States Attorney, Southern District of Illinois, Nine Executive Drive, Suite 300, Fairview Heights, Illinois 62208 via electronic filing with the Clerk of Court using the CM/ECF system this 15th day of February, 2008.

/s/Stephen C. Williams
Stephen C. Williams