IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 07-30116 GPM |
| | ) |
| BRIAN MICHAEL GREEN, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING FACTS:

If this case were to proceed to trial, the evidence would show that the defendant, who was 34 years of age at the time of the offense set forth in Count 3 of the Superseding Indictment, admitted to law enforcement officers that he used the internet to communicate by E-mail with a minor, who he knew to be over the age of 13 and under the age of 16 on the date set forth in Count 3. The particulars of the communication between the defendant and the minor by use of the internet is set out in Count 3. The internet is a facility of interstate commerce and the communications made by the defendant with the minor were made in interstate commerce.

At approximately 6:00 p.m. on July 22, 2008, the defendant traveled from Missouri to Illinois and met with the minor. The defendant was arrested at St. Ellen Mine Park, located in O'Fallon, within the Southern District of Illinois, that same day, at 10:00 p.m. He was parked in the park with the minor in his pickup truck when arrested by the police. The parties stipulate that the internet communication, coupled with the circumstances of the defendant's arrest would be sufficient to establish, beyond a reasonable doubt, that the defendant's communication with the minor as set forth

1

in Count 3 constituted an attempt to persuade, induce and entice the minor to engage in sexual activity for which the defendant could be charged with a criminal offense, Aggravated Criminal Sexual Abuse, in violation of Illinois Law, as is fully set forth in the Superseding Indictment.

This stipulation of facts is intended only to provide the court with a sufficient foundation to accept the defendant's guilty plea and is not an exhaustive account of the defendant's involvement in or knowledge regarding this criminal activity.

SO STIPULATED.

BRIAN MICHAEL GREEN,
Defendant

STEPHEN WILLIAMS,
Attorney for Defendant

Date: 3/28/08

A. COURTNEY COX
United States Attorney

MICHAEL C. CARR
Assistant United States Attorney

Date: 3/28/08

2