SD/IL
Prob 13D-2 (RW)

# NOTICE TO GOVERNMENT CONCERNING THE PRESENTENCE REPORT

# SOUTHERN DISTRICT OF ILLINOIS

DEFENDANT: **Brian Michael Green**  DOCKET NO. **0754 3:07CR30116-001 (GPM)**

      The following information is provided concerning the presentence investigation report prepared by the U.S. Probation Office in this district.

      If a defendant is incarcerated, the presentence report is used by the Federal Bureau of Prisons to determine the institution in which the sentence is to be served, the defendant's classification within the facility, his ability to obtain furloughs, and his eligibility for programs within the institution.

(X)      I have read and understand this notice.

(X)      I have read the presentence investigation report.

(X)      The presentence report is acceptable.

( )      I will file with the Clerk of the Court my written objections to the report within 14 days after receiving the presentence report.

      Signed   s/Michael C. Carr      6/13/2008
                  Assistant U.S. Attorney      Date

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed

**ACKNOWLEDGMENT OF THE
PRE-SENTENCE INVESTIGATION REPORT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Stephen C. Williams
Attorney at Law

    Respectfully submitted,

    A. COURTNEY COX
    United States Attorney


    s/ *Michael C. Carr*
    MICHAEL C. CARR
    Assistant United States Attorney
    402 West Main Street, Suite 2A
    Benton, IL 62812
    Phone: (618) 439-3808
    Fax: (618) 439-2401