PROB 12B
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Brian Michael Green                                Docket No. 0754 3:07CR30116-001

Name of Sentencing Judicial Officer:  Honorable G. Patrick Murphy, U.S. District Judge

Name of Assigned Judicial Officer:  Honorable Nancy J. Rosenstengel, U.S. District Judge

Date of Original Sentence:  July 14, 2008

Original Offense:     Ct. 3: Coercion and Enticement

Original Sentence:  Ct. 3: 121 months Bureau of Prisons, followed by 10 years Supervised Release

Type of Supervision:  Supervised Release                Date Supervision Is To Commence:  April 25, 2017

Assistant U.S. Attorney:  Michael C. Carr                Defense Attorney: Stephen Williams

---

## PETITIONING THE COURT

☐    To extend the term of supervision for
☒    To modify the conditions of supervision as follows:

The defendant shall reside in a Residential Reentry Center for up to 180 days and shall abide by all the rules and regulations of the facility. Subsistence payments are waived. The Court directs the probation officer to consult with the Bureau of Prisons to coordinate the Residential Reentry Center placement and monitor the defendant's compliance with the rules and regulations of the facility.

*Condition Explanation:  The defendant shall reside in a Bureau of Prisons Residential Reentry Center for the time period ordered by the Court. Any increase or decrease in the time spent in the Residential Reentry Center must be approved by the Court. The term in a Residential Reentry Center shall not to exceed 180 days. The defendant will be required to contribute to their room and board (subsistence) in an amount not exceeding 25 percent of the defendant's gross monthly income.*

## CAUSE

Previous Violation Reports Submitted to the Court:  N/A

**U.S. Probation Officer Recommendation:**

On July 14, 2008, the offender was sentenced in the Southern District of Illinois for Coercion and Enticement. He was sentenced to 121 months in the Bureau of Prisons, followed by ten years of supervised release. He is scheduled for release from the Bureau of Prisons on April 25, 2017.

In preparation for his release, the offender has submitted three different relocation requests to the Eastern District of Missouri where his family resides. All three relocation requests have been denied due to local restrictions on sex offenders. This has resulted in the offender having no valid home plan in

**Offender Name:  Brian Michael Green**
**Docket Number:  0754 3:07CR30116-001**

place for release.  Therefore, to assist the offender, it is respectfully recommended that the Court modify the offender's conditions to include placement at a Residential Reentry Center (RRC) for a period of up to 180 days, as indicated above.  Upon finding an approved residence, this probation officer will terminate services at the RRC and release the offender as soon as possible.

Enclosed for the Court's review is the Waiver of Hearing to Modify the Conditions of Supervised Release signed by the offender.  The Court should note that prior to signing the waiver, the offender's rights to a hearing and the assistance of counsel were explained in detail.

                                                       Respectfully submitted,

                                     by          
                                                      Matthew C. Bochantin
                                                      U.S. Probation Officer

MCB:ter

                                                    Date:  February 21, 2017

---

☐    No Action
☐    The extension of supervision as noted above
☒    The modification of supervision as noted above
☐    Other:

                                                    Honorable Nancy J. Rosenstengel
                                                    U.S. District Judge

                                                    Dated:  February 21, 2017