RECEIVED
NOV 06 2023
BY MAIL
s/Jason W. Doherty
Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MONICA A. STUMP**
CLERK OF COURT

TEL: 618.482.9371
FAX: 618.482.9383

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

November 1, 2023

Gregory J. Linhares, Clerk
U.S. District Court
111 S 10th St, Ste 3.300
St. Louis, MO 63102

Re:   Brian Michael Green
      Our Case No. 3:07-CR-30116-NJR

Dear Clerk:

On September 27, 2023, the Honorable Chief Judge Nancy J. Rosenstengel, United States District Judge, ordered the transfer of probation/supervised release over Brian Michael Green to the Eastern District of Missouri.

You may access our electronic case file to obtain the documents you need at the following web address: http://ecf.ilsd.uscourts.gov. If you are unable to access our electronic case file using your PACER account, obtain a guest login and password by contacting our office at (618) 482-9371.

Please acknowledge receipt of this information by returning a signed copy of this letter.

Very truly yours,

s/Cheri Weeks
Deputy Clerk

CR-12
Rev.4/12

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**

*Eastern District of Missouri*
*111 S. Tenth Street*
*St. Louis, Missouri 63102*

OFFICIAL BUSINESS



quadient
FIRST-CLASS MAIL
IMI
**$000.63**
11/06/2023  ZIP 63102
043M31226064
US POSTAGE

Office of the Clerk
Southern District of IL
750 Missouri Avenue
East St. Louis, IL 62201



RECEIVED

NOV 13 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE